817 A.2d 455

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nakia GARRUS, Petitioner.**

Supreme Court of Pennsylvania.

March 4, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of March, we hereby **GRANT** the Petition for Allowance of Appeal and limit it to the issue of the legality of the sentence imposed. Allowance of Appeal is denied in all other respects.

Justice LAMB did not participate in the consideration or decision of this matter.